```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Gurjeet Kaur, et al,<br><br>        Defendants | Case No. **2:12-cv-01467-MCE-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 17, 2012 FOR DEFENDANTS GURJEET KAUR INDIVIDUALLY AND D/B/A JIMMY'S LIQUOR; LOAN ANH NGUYEN TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Gurjeet Kaur Individually and d/b/a Jimmy's Liquor; Loan Anh Nguyen, by and through their respective attorneys of record, Scott N. Johnson; Dennis M. Carr, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Gurjeet Kaur Individually and d/b/a Jimmy's Liquor; Loan Anh Nguyen until August 1, 2012 to respond or

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

otherwise plead reference to Plaintiff's complaint.

2. Defendants Gurjeet Kaur Individually and d/b/a Jimmy's Liquor; Loan Anh Nguyen are granted an extension until August 17, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Gurjeet Kaur Individually and d/b/a Jimmy's Liquor; Loan Anh Nguyen response will be due no later than August 17, 2012.

IT IS SO STIPULATED effective as of July 30, 2012

Dated:  July 31, 2012                /s/Dennis M. Carr_____
                                     Dennis M. Carr,
                                     Attorney for Defendants
                                     Gurjeet Kaur
                                     Individually and d/b/a
                                     Jimmy's Liquor; Loan Anh
                                     Nguyen

Dated:  July 30, 2012                /s/Scott N. Johnson ____
                                     Scott N. Johnson,
                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Gurjeet Kaur Individually and d/b/a Jimmy's Liquor; Loan Anh Nguyen shall have until August 17, 2012 to respond to complaint.

Dated:  August 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2